ADAM L. BRAVERMAN
United States Attorney
COLIN M. MCDONALD
California Bar No. 286561
Assistant United States Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9144
colin.mcdonald@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 18mj-20098-KSC-AJB |
| vs. | |
| | **DECLARATION BY ASSISTANT UNITED STATES ATTORNEY MICHAEL LASATER** |
| Oscar Jesus Chavez-Diaz, | |
| Defendant. | |

The United States of America, by its counsel, submits the attached declaration by Assistant United States Attorney Michael Lasater regarding the protocols and procedures governing Central Violations Bureau proceedings in the Southern District of California.

Respectfully submitted,

Dated: October 2, 2018

ADAM L. BRAVERMAN
United States Attorney

*s/Colin M. McDonald*
COLIN M. MCDONALD
Assistant United States Attorney

# D E C L A R A T I O N

MICHAEL LASATER, being duly sworn, states:

1. I am a supervisory Assistant United States Attorney (AUSA) in the Southern District of California. My duties include supervising the AUSAs and Special AUSAs who represent the United States in Central Violations Bureau (CVB) proceedings in the District Court for the Southern District of California.

2. A CVB proceeding is initiated when a violator is issued a federal violation notice (or a "ticket") by a federal law enforcement officer. The tickets issued do not order the violator to appear in Court on a specific date and time. Instead, officers obtain the mailing address of the violator, and approximately 4 to 8 weeks later, CVB mails the violator a Notice to Appear in court. The appearance date in the Notice to Appear is generally at least another 4 weeks away.

3. The District Court for the Southern District of California holds CVB proceedings every Wednesday morning. The proceedings are currently held in the jury lounge of the James M. Carter and Judith N. Keep United States Courthouse. The United States is represented at these proceedings by an Assistant U.S. Attorney or Special Assistant U.S. Attorney and attorneys from different U.S. military branches (as the vast majority of CVB cases

involve conduct occurring on military bases). Several defense attorneys appointed by the Court are also present. A magistrate judge is ordinarily not present during CVB proceedings.

3. One by one, the defense attorneys pick up violation notices from the court clerk. The defense attorneys then identify their clients (by, for instance, calling out the name to the seated audience in the jury lounge) and speak with them privately about their case. The defense attorneys also meet with representatives of the various agencies who issued the "tickets" to their clients and discuss potential resolutions of the cases.

4. After meeting with their clients and/or agency representatives, the defense attorneys then proceed to the attorneys representing the United States to recommend a resolution to the case. Once a resolution between the parties is reached, it is delivered to the court clerk. At a later time, a magistrate judge reviews the parties' recommended resolution.

//

//

//

//

//

5. Around one half of all CVB cases resolve with a deferred prosecution. Common conditions attached to a deferred prosecution include community service requirements, and/or completing rehabilitation sessions. Once a defendant satisfies his or her conditions, the CVB case is dismissed.

Sworn to under penalty of perjury.

DATED: __10/2/18__, 2018.

_____

MICHAEL LASATER
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case 18mj-20098-KSC-AJB |
|---|---|
| v. | ) CERTIFICATE OF SERVICE |
| Oscar Jesus Chavez-Diaz, | ) |
| Defendant. | ) |

I, the undersigned, declare under penalty of perjury that I have served the foregoing document on the above-captioned party(ies) by:

☒ electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).

☐ causing the foregoing to be mailed by first class mail to the parties identified with the District Court Clerk on the ECF System.

☐ causing the foregoing to be mailed by first class mail to the following non-ECF participant at the last known address, at which place there is delivery service of mail from the United States Postal Service:

Executed on October 2, 2018

ADAM L. BRAVERMAN
United States Attorney

*s/Colin M. McDonald*
COLIN M. MCDONALD
Assistant U.S. Attorney