**KARA L. HARTZLER**
California State Bar No. 293751
**Federal Defenders of San Diego, Inc.**
225 Broadway, Suite 900
San Diego, California 92101
Telephone: 619.234.8467
Fax: 619.687.2666
Email: Kara_Hartzler@fd.org

Attorneys for Mr. Chavez-Diaz

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT COURT OF CALIFORNIA

### (HONORABLE ANTHONY J. BATTAGLIA)

| | |
|---|---|
| United States of America, | Case No. 18-mj-20098-KSC-AJB-1 |
| Plaintiff-Appellee, | |
| v. | **Response to Government's Supplemental Exhibits** |
| Oscar Chavez-Diaz, | |
| Defendant-Appellant. | |

Pursuant to the Court's Order on September 11, 2018, Mr. Chavez hereby submits the following response to the supplemental exhibits submitted by this Court and the Government. *See* Doc. No. 20.

## I.     The Court's Exhibits

On October 10, 2018, the Court took judicial notice of several documents. *See* Doc. No. 26. Exhibit A is a chart of statistics for cases filed in the Southern District of California between January 2016 and August 2018. Mr. Chavez agrees that this chart reflects a significant rise in overall prosecutions since approximately August 2017 and a dramatic spike in § 1325 cases beginning in May 2018.

Exhibit B is the October 10, 2018 calendar of the CVB Matters set before Judge Skomal. *See* Doc. No. 26. In particular, Exhibit B includes a 16-page chart

labeled "Petty Offense Docket Sheet and Judgment Order." Doc. 26. Mr. Chavez agrees that the majority of the offenses in this chart fall under the Code of Federal Regulations and the Assimilative Crimes Act.

But as shown by the annotated Exhibit B (attached to this Response), nearly half of the charges in this chart are for offenses punishable by six months or more. Undersigned counsel researched the potential penalties for the 145 offenses listed in this CVB docket and compared them to the categories of federal misdemeanors and petty offenses set forth in 18 U.S.C. § 3559(e)(6)-(9).[1] This research revealed that the offenses on Judge Skomal's CVB calendar—even though largely codified under the C.F.R. and the Assimilative Crimes Act—were analogous to the following categories:

| | |
|---|---|
| Felonies (one year or more): | 1 (.6%) |
| Class A misdemeanor (one year or less) | 13 (8.9%) |
| Class B misdemeanor (six months or less) | 55 (37.9%) |
| Class C misdemeanor or lower | 76 (52.4%) |

In other words, while 52.4% of offenses in CVB court were class C misdemeanors or lower, this means that a full 47.5% of the offenses on the CVB calendar carried penalties that were as serious or more serious than § 1325. This is not surprising given that these offenses included trespassing (18-po-1713, 18-po-2304, 18-po-2309, 18-po-2317, 18-po-2334, 18-po-2340, 18-po-2344, 18-po-2345), drug possession (18-po-1326, 16-po-1964, 18-po-2056, 18-po-1984, 18-po-2274,

---

[1] To make this comparison, undersigned counsel relied on the lowest maximum penalty for the offense (i.e. the penalty with no recidivist or aggravating enhancements) and matched it with the lowest maximum penalty for a particular federal misdemeanor or felony. For example, a conviction for child abandonment and neglect under California Penal Code § 270 carries a maximum penalty of one year, making it analogous to a Class A misdemeanor under federal law. *See* 18 U.S.C. § 13(a) (stating that a person who commits an Assimilative Crime Act "shall be guilty of a like offense and subject to a like punishment" as if he had been prosecuted in state court).

18-po-2275, 18-po-2293, 18-po-2296, 18-po-2335), child abuse (18-po-2276), theft (17-po-3022), DUI (18-po-1642, 18-po-1945, 18-po-1984, 18-po-1702, 18-po-1708, hit-and-run (18-po-1708), and assault (18-po-2002). Yet despite the serious nature of these crimes and their penalties, they were all adjudicated in CVB court. This supports Mr. Chavez's argument that there is no basis for treating § 1325 defendants differently than other defendants who are prosecuted in CVB court.

## II. The Government's Exhibits

### A. CVB web site

As its first supplemental exhibit, the Government submitted several pages from the Central Violations Bureau website. *See* Doc. No. 21. Mr. Chavez does not dispute that this web site provides accurate information about CVB court; however, nothing in this description contradicts Mr. Chavez's claim or shows why § 1325 defendants could not be prosecuted through CVB court. For instance, the website says that CVB processes "violations of certain federal laws" for citations that are "issued by a federal law enforcement officer." Doc. No. 21-1, Exhibit 1. Because § 1325 is a "federal law" and Border Patrol agents are "federal law enforcement officers," nothing in this description explains the separate and unequal treatment of § 1325 defendants.

If anything, these exhibits establish that § 1325 *should be* processed through CVB court, while other offenses that are currently processed through CVB court should *not*. For instance, on the "Frequently Asked Questions" page, it states that CVB court processes "*petty offenses* charged on a federal violation notice." Doc. No. 21-2, Exhibit 2 (emphasis added). But as shown by Mr. Chavez's exhibits, CVB processed approximately one hundred felonies and class A misdemeanors—i.e., *non*-petty offenses—in the last decade. *See* Doc. No. 22, Exhibit 1. Meanwhile, § 1325 appears to be one of (if not the only) petty offense that is *not* processed through CVB court. This supports Mr. Chavez's argument that he is being treated differently than other defendants charged with similar offenses.

## B.    Declaration from Michael Lasater

As its second supplemental exhibit, the Government submitted a declaration from Assistant United States Attorney Michael Lasater. *See* Doc. 23. Mr. Chavez does not disagree with Mr. Lasater's general description of CVB court that appears in paragraphs 1-4 of his declaration. Doc. No. 23. Mr. Chavez only seeks to clarify paragraph 5 of this declaration, which states:

> Around one half of all CVB cases resolve with a deferred prosecution. Common conditions attached to a deferred prosecution include community service requirements, and/or completing rehabilitation sessions. Once a defendant satisfies his or her conditions, the CVB case is dismissed.

Doc. No. 23.

It may be true that "one half of all CVB cases resolve with a deferred prosecution" (though Mr. Lasater cites no authority or source for this). But this does not mean that only one half of all cases are ultimately *dismissed*. To the contrary, Mr. Chavez's statistics on a decade of Title 18 offenses reflect that 82.1% percent of cases were dismissed. Doc. No. 22. Assuming that Mr. Lasater's estimation is correct, this would mean that nearly one third of cases are dismissed for reasons other than a formal deferred prosecution agreement, which is plausible. For instance, many offenses may be dismissed for equitable reasons, for failure to show probable cause, or for a defendant's ability to stay out of trouble for a certain period of time. So while Mr. Chavez does not necessarily dispute Mr. Lasater's characterization of CVB proceedings, nothing in his declaration rebuts Mr. Chavez's showing that nearly 99% of CVB defendants are not formally convicted of a crime and serve no jail time. This is a substantial benefit that § 1325 defendants are denied, even though they are convicted of offenses that are no more serious (and often less serious) than many crimes prosecuted in CVB court.[2]

---

[2] Indeed, the Government's decision not to prosecute § 1325 defendants in

### III. Conclusions

In sum, the supplemental evidence submitted in this case does not contradict—and indeed supports—the following conclusions:

- CVB court was designed to prosecute petty offenses—i.e. Class B misdemeanors or lower (Doc. No. 21-2, Exhibit 2);

- Although § 1325 is a Class B misdemeanor, it is *never* prosecuted in CVB court, while nearly all other Class B misdemeanors (as well as more serious Class A misdemeanors and felonies) *are* prosecuted in CVB court (Doc. No. 22-1, Annotated Exhibit B);

- Defendants prosecuted in CVB court enjoy substantial benefits that § 1325 defendants do not, including no pre-trial custody, no shackling, no jail time, and the opportunity to avoid a conviction in nearly 99% of cases (Doc. No. 17-2, Doc. No. 22-1).

Because these conclusions show that Mr. Chavez's prosecution violated equal protection and due process, the Court should vacate his conviction.

October 15, 2018                                  Respectfully submitted,

                                                 *s/ Kara Hartzler*
                                                 Kara Hartzler
                                                 Federal Defenders of San Diego, Inc.
                                                 Attorneys for Mr. Chavez

---

CVB court is consistent with statistics showing that Hispanic defendants are more likely to have to pay bail than black or white defendants and receive significantly higher bail amounts when they do. *See* Cynthia E. Jones, *"Give Us Free": Addressing Racial Disparities in Bail Determinations*, 16 N.Y.U. J. Legis. & Pub. Pol'y 919, 961 n.107 (2013). *See* Traci Schlessinger*, Racial and Ethnic Disparity in Pretrial Criminal Processing,* 22 Just. Q. 170, 187 (2005) (stating that Latino defendants are less likely to be released on their own recognizance than either black or white defendants).

**U.S. District Court**

**Southern District of California**

**Petty Offense Docket Sheet and Judgment Order**

**For 10/10/2018 08:30 AM Hearing Site: crtrm1F**

**Magistrate Judge: Bernard G. Skomal**

| Defendant Information | Citation | Hrg Type | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| 3:17-po-02936-BGS<br>USA vs Alejandromeza<br>Uriel Alejandromeza | CVC 16028(a) | statcnf | CVC 16028(a)<br>Fail to display evidence of financial responsibility when requested by peace off<br>Violation Number 6939429<br>Violation Location CS81 | | 0.0 | 0.0 | 180.0 | 180.0 |
| 3:17-po-02936-BGS<br>USA vs Alejandromeza<br>Uriel Alejandromeza | CVC 12500(a) | statcnf | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 6939428<br>Violation Location CS81 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:17-po-02936-BGS<br>USA vs Alejandromeza<br>Uriel Alejandromeza | CVC 4000(a) | statcnf | CVC 4000(a)<br>Registration required.<br>Violation Number 6939426<br>Violation Location CS81 | | 0.0 | 0.0 | 180.0 | 180.0 |
| 3:17-po-02936-BGS<br>USA vs Alejandromeza<br>Uriel Alejandromeza | CVC 4462.5 | statcnf | CVC 4462.5<br>Unlawful display of evidence of registration<br>Violation Number 6939430<br>Violation Location CS81 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01713-BGS<br>USA vs Bors<br>Timmothy S Bors | 36 CFR 2.31 | zzia | 36 CFR 2.31<br>Trespassing, Tampering and Vandalism<br>Violation Number 7520675<br>Violation Location CS60 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01326-BGS<br>USA vs Bouton<br>Brianna L Bouton | 21 USC 844 | statcnf | 21 USC 844<br>Possession of Controlled Substance / Marijuana (CVB Citation)<br>Violation Number F5205168<br>Violation Location CS31 | Class A | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01642-BGS<br>USA vs Brooks<br>Jesse J Brooks | CVC 23152(a) | statcnf | CVC 23152(a)<br>Driving under the influence of alcohol and/or drugs<br>Violation Number 7777937<br>Violation Location CS2 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:17-po-03022-BGS<br>USA v. Cammarata<br>Samantha M Cammarata | PC 459.5 | statcnf | PC 459.5<br>Shoplifting<br>Violation Number 6816071<br>Violation Location CS2 | Class A | 0.0 | 0.0 | 0.0 | 0.0 |

EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-01715-BGS<br>USA vs Cardenas<br>Mark A Cardenas | 36 CFR 1.5 | ia | 36 CFR 1.5<br>Closure of Public Use Limits<br>Violation Number 7520652<br>Violation Location CS60 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01715-BGS<br>USA vs Cardenas<br>Mark A Cardenas | 36 CFR 2.14 | ia | 36 CFR 2.14<br>Sanitation and Refuse<br>Violation Number 7520656<br>Violation Location CS60 | Class B | 0.0 | 0.0 | 230.0 | 230.0 |
| 3:18-po-01521-BGS<br>USA vs Cheatham<br>Joshua Cheatham | CVC 12500(a) | statcnf | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 6398767<br>Violation Location CS2 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01555-BGS<br>USA vs Chen<br>Zhao Chen | 36 CFR 1.5 | statcnf | 36 CFR 1.5<br>Closure of Public Use Limits<br>Violation Number 6516198<br>Violation Location CS60 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01826-BGS<br>USA vs Chen<br>Qingfa Chen | 36 CFR 2.2 | ia | 36 CFR 2.2<br>Wildlife Protection<br>Violation Number 6516230<br>Violation Location CS60 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-00347-BGS<br>USA v. Farias<br>Ramiro Farias | CVC 14601.2(a) | statcnf | CVC 14601.2(a)<br>Driving while drivers license suspended or<br>revoked for driving under influence<br>Violation Number 6938091<br>Violation Location CS81 | Class B | 25.0 | 0.0 | 0.0 | 25.0 |
| 3:18-po-00347-BGS<br>USA v. Farias<br>Ramiro Farias | CVC 16028(a) | statcnf | CVC 16028(a)<br>Fail to display evidence of financial<br>responsibility when requested by peace off<br>Violation Number 6938093<br>Violation Location CS81 | NM<br>2018-03-08 | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-00347-BGS<br>USA v. Farias<br>Ramiro Farias | CVC 4000(a) | statcnf | CVC 4000(a)<br>Registration required.<br>Violation Number 6938092<br>Violation Location CS81 | NM<br>2018-03-08 | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-02031-BGS<br>USA vs Garcia<br>Emanuel Garcia | CVC 12500(b),<br>(d) | statcnf | CVC 12500(b), (d)<br>Drivers license - out of classification<br>Violation Number 7472379<br>Violation Location CS81 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:17-po-02750-BGS<br>USA v. Garduno<br>Jasmine Garduno | CVC 4000(a) | statcnf | CVC 4000(a)<br>Registration required.<br>Violation Number 6937577<br>Violation Location CS81 | NM<br>2017-10-31 | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:17-po-02750-BGS<br>USA v. Garduno<br>Jasmine Garduno | CVC 12500(a) | statcnf | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 6937576<br>Violation Location CS81 | | 0.0 | 0.0 | 0.0 | 0.0 |

# EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-01524-BGS<br>USA vs Gaytan<br>Michelle R Gaytan | CVC 12500(a) | statcnf | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7079729<br>Violation Location CS2 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01730-BGS<br>USA vs Granillo<br>Karina I Granillo | 50 CFR 27.84 | statcnf | 50 CFR 27.84<br>Disturbing, molesting, or interfering with person engaged in official business<br>Violation Number 6372186<br>Violation Location CS51 | Class B | 0.0 | 0.0 | 0.0 | |
| 3:17-po-02068-BGS<br>USA v. Gutierrezzuniga<br>Beatriz Gutierrezzuniga | CVC 12500(a) | zzia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 6937267<br>Violation Location CS81 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:17-po-02068-BGS<br>USA v. Gutierrezzuniga<br>Beatriz Gutierrezzuniga | CVC 4000(a) | zzia | CVC 4000(a)<br>Registration required.<br>Violation Number 6937268<br>Violation Location CS81 | FC<br>2017-08-26 | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:17-po-02068-BGS<br>USA v. Gutierrezzuniga<br>Beatriz Gutierrezzuniga | CVC 12500(a) | zzia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 6937267<br>Violation Location CS81 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:17-po-02068-BGS<br>USA v. Gutierrezzuniga<br>Beatriz Gutierrezzuniga | CVC 4000(a) | zzia | CVC 4000(a)<br>Registration required.<br>Violation Number 6937268<br>Violation Location CS81 | FC<br>2017-08-26 | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02002-BGS<br>USA vs Herbert<br>Yahmyra M Herbert | 18 USC 113 | statcnf | 18 USC 113<br>Assault (CVB Citation)<br>Violation Number 7080378<br>Violation Location CS2 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01744-BGS<br>USA vs Lee<br>Benjamin Y Lee | 36 CFR 4.12 | ia | 36 CFR 4.12<br>Traffic Control Devices<br>Violation Number 6516050<br>Violation Location CS60 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01609-BGS<br>USA vs Lux<br>David W Lux | 36 CFR 261.5 | statcnf | 36 CFR 261.5<br>Fire<br>Violation Number FBGF000R<br>Violation Location CS31 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01945-BGS<br>USA vs Lwung<br>Erik C Lwung | CVC 23152(b) | ia | CVC 23152(b)<br>Driving with blood alcohol level of .08 or higher<br>Violation Number 6842202<br>Violation Location CS1 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01945-BGS<br>USA vs Lwung<br>Erik C Lwung | CVC 23222(b) | ia | CVC 23222(b)<br>Possession of marijuana by driver<br>Violation Number 6842204<br>Violation Location CS1 | | 0.0 | 0.0 | 0.0 | 0.0 |

**EXHIBIT B**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-01751-BGS<br>USA vs Morales<br>Jessica Morales | CVC 14601.1(a) | ia | CVC 14601.1(a)<br>Driving while drivers license suspended or revoked for offenses<br>Violation Number 7471674<br>Violation Location CS81 | | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:16-po-01964-BGS<br>USA v. Murray<br>Abel J Murray | 21 USC 841 | statcnf | 21 USC 841<br>Possession of Controlled Substance / Spice (CVB Citation)<br>Violation Number F4857401<br>Violation Location CS31 | | Class A | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-02056-BGS<br>USA vs Nunez<br>Gabriel A Nunez | HSC 11350 | zzia | HSC 11350<br>Possession of a Controlled Substance<br>Violation Number 6371965<br>Violation Location CS31 | | Class A | 0.0 | 0.0 | 280.0 | 280.0 |
| 3:18-po-01531-BGS<br>USA vs Pangborn<br>Christopher A Pangborn | CVC 14601.2(a) | statcnf | CVC 14601.2(a)<br>Driving while drivers license suspended or revoked for driving under influence<br>Violation Number 6399385<br>Violation Location CS2 | | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01532-BGS<br>USA vs Perez<br>Roemi L Perez | CVC 22350 | statcnf | CVC 22350<br>Violation of basic speed law<br>Violation Number 7079528<br>Violation Location CS2 | FC<br>2018-07-09 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-01828-BGS<br>USA vs Prishker<br>Gisela J Prishker | 36 CFR 2.15 | ia | 36 CFR 2.15<br>Pets<br>Violation Number 7520634<br>Violation Location CS60 | | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01314-BGS<br>USA vs Ramos Jr<br>Roberto R Ramos Jr | CVC 12500(a) | statcnf | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7079563<br>Violation Location CS2 | | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-00312-BGS<br>USA vs Rivers<br>Gregory H Rivers | CVC 14601.1(a) | statcnf | CVC 14601.1(a)<br>Driving while drivers license suspended or revoked for offenses<br>Violation Number 7077626<br>Violation Location CS2 | | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-02073-BGS<br>USA vs Sanchez<br>Ivana A Sanchez | 50 CFR 25.21 | statcnf | 50 CFR 25.21<br>Violation of refuge closure order<br>Violation Number 6372225<br>Violation Location CS51 | | Class B | 0.0 | 0.0 | 130.0 | 130.0 |
| 3:18-po-01380-BGS<br>USA vs Shumate<br>David S Shumate | 21 USC 844 | statcnf | 21 USC 844<br>Possession of Controlled Substance / Marijuana (CVB Citation)<br>Violation Number F5205167<br>Violation Location CS31 | | Class A | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-02080-BGS<br>USA vs Torres<br>Carmen Torres | CVC 12951(a) | ia | CVC 12951(a)<br>Drivers License, to be in possession<br>Violation Number 7471354<br>Violation Location CS81 | | | 0.0 | 0.0 | 130.0 | 130.0 |

EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-01144-BGS<br>USA vs Valenzuela Jr<br>Carlos Valenzuela Jr | CVC 4464 | statcnf | CVC 4464<br>Displaying altered license plates<br>Violation Number 6939155<br>Violation Location CS81 | | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01144-BGS<br>USA vs Valenzuela Jr<br>Carlos Valenzuela Jr | CVC 12500(a) | statcnf | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 6939154<br>Violation Location CS81 | | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01144-BGS<br>USA vs Valenzuela Jr<br>Carlos Valenzuela Jr | CVC 4462(a) | statcnf | CVC 4462(a)<br>Showing of registration upon demand<br>Violation Number 6939156<br>Violation Location CS81 | FC<br>2018-05-01 | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-01984-BGS<br>USA vs Varney<br>Christina T Varney | 21 USC 863 | statcnf | 21 USC 863<br>Drug Paraphernalia (CVB Citation)<br>Violation Number 7164422<br>Violation Location CS5 | Felony | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01984-BGS<br>USA vs Varney<br>Christina T Varney | 21 USC 844 | statcnf | 21 USC 844<br>Controlled Substance/Marijuana/Narcotics - Possession (CVB Citation)<br>Violation Number 7164421<br>Violation Location CS5 | Class A | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01984-BGS<br>USA vs Varney<br>Christina T Varney | CVC 23152(e) | statcnf | CVC 23152(e)<br>Driving Under the Influence of Drugs<br>Violation Number 7164420<br>Violation Location CS5 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01984-BGS<br>USA vs Varney<br>Christina T Varney | CVC 12500(a) | statcnf | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7164419<br>Violation Location CS5 | | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01399-BGS<br>USA vs Vazquez<br>Concepcion Vazquez | CVC 22500.1 | statcnf | CVC 22500.1<br>Stopping in designated fire lane<br>Violation Number 7471449<br>Violation Location CS81 | | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01702-BGS<br>USA vs Velasquez<br>Paul R Velasquez | CVC 24252(a)-(c) | statcnf | CVC 24252(a)- (c)<br>Maintenance of lamps and devices required<br>Violation Number 6816363<br>Violation Location CS2 | | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01702-BGS<br>USA vs Velasquez<br>Paul R Velasquez | CVC 23152(a) | statcnf | CVC 23152(a)<br>Driving under the influence of alcohol and/or drugs<br>Violation Number 6816362<br>Violation Location CS2 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01702-BGS<br>USA vs Velasquez<br>Paul R Velasquez | CVC 23612 | statcnf | CVC 23612<br>Implied Consent to Chemical Testing<br>Violation Number 6816361<br>Violation Location CS2 | | | 0.0 | 0.0 | 0.0 | 0.0 |

EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-01708-BGS<br>USA vs Works<br>Benjamin M Works | CVC 23612 | statcnf | CVC 23612<br>Implied Consent to Chemical Testing<br>Violation Number 7080210<br>Violation Location CS2 | | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01708-BGS<br>USA vs Works<br>Benjamin M Works | CVC 23152(a) | statcnf | CVC 23152(a)<br>Driving under the influence of alcohol and/or drugs<br>Violation Number 7080209<br>Violation Location CS2 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |
| 3:18-po-01708-BGS<br>USA vs Works<br>Benjamin M Works | CVC 20002(a) | statcnf | CVC 20002(a)<br>Hit and run, property damage including vehicles<br>Violation Number 7080211<br>Violation Location CS2 | Class B | 0.0 | 0.0 | 0.0 | 0.0 |

EXHIBIT B

**U.S. District Court**

**Southern District of California**

**Petty Offense Docket Sheet and Judgment Order**

**For 10/10/2018 08:30 AM Hearing Site: SD00**

**Magistrate Judge: Bernard G. Skomal**

| Defendant Information | Citation | Hrg Type | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-02267-BGS USA vs Andrade Dustin K Andrade | CVC 14601.1(a) | ia | CVC 14601.1(a) Driving while drivers license suspended or revoked for offenses Violation Number 6397605 Violation Location CS2 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02268-BGS USA vs Biddles Malcolm E Biddles | CVC 14601.2(a) | ia | CVC 14601.2(a) Driving while drivers license suspended or revoked for driving under influence Violation Number 7080071 Violation Location CS2 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02269-BGS USA vs Brown Carl L Brown | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 7080426 Violation Location CS2 | | 30.0 | 0.0 | 80.0 | 110.0 |
| 3:18-po-02270-BGS USA vs Burton Elijah A Burton | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 6816035 Violation Location CS2 | | 30.0 | 0.0 | 200.0 | 230.0 |
| 3:18-po-02270-BGS USA vs Burton Elijah A Burton | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 6816037 Violation Location CS2 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02270-BGS USA vs Burton Elijah A Burton | CVC 16020(a) | ia | CVC 16020(a) Maintain financial responsibility and carry evidence in vehicle Violation Number 6816036 Violation Location CS2 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02271-BGS USA vs Caraballopietri Omar A Caraballopietri | CVC 22350 | ia | CVC 22350 Violation of basic speed law Violation Number 7780644 Violation Location CS2 | | 30.0 | 0.0 | 270.0 | 300.0 |
| 3:18-po-02273-BGS USA vs Huckleberry Ii Walter C Huckleberry Ii | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 7077465 Violation Location CS2 | | 30.0 | 0.0 | 0.0 | 30.0 |

EXHIBIT B

For 10/10/2018 08:30 AM Hearing Site: SD00
Case 3:18-mj-20098-KSC-AJB   Document 26   Filed 10/10/18   PageID.739   Page 12 of 20
Magistrate Judge: Bernard G. Skomal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3:18-po-02274-BGS<br>USA vs Keisker<br>Noelle F Keisker | 21 USC 844 | ia | 21 USC 844<br>Controlled Substance/Marijuana/Narcotics -<br>Possession (CVB Citation)<br>Violation Number 7778953<br>Violation Location CS2 | | Class A | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02275-BGS<br>USA vs Quintin<br>Vanesa Quintin | 21 USC 844 | ia | 21 USC 844<br>Controlled Substance/Marijuana/Narcotics -<br>Possession (CVB Citation)<br>Violation Number 7778954<br>Violation Location CS2 | | Class A | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02276-BGS<br>USA vs Sanchez<br>Jasmine Sanchez | PC 270 | ia | PC 270<br>Failure to provide for a minor child<br>Violation Number 7078806<br>Violation Location CS2 | | Class A | 30.0 | 0.0 | 0.0 | 30.0 |

EXHIBIT B

**U.S. District Court**
**Southern District of California**
**Petty Offense Docket Sheet and Judgment Order**
**For 10/10/2018 08:30 AM Hearing Site: SD02**
**Magistrate Judge: Bernard G. Skomal**

| Defendant Information | Citation | Hrg Type | Offense Information | Disposition | Proc. Fee | Special Assess. | Fine | Total Due |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-02277-BGS USA vs Alcantara Raul Alcantara | CVC 12500(a) | ia | CVC 12500(a) Unlawful vs drive unless licensed Violation Number 7471265 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02348-BGS USA vs Arechiga Jacqueline P Arechiga | 36 CFR 4.22 | ia | 36 CFR 4.22 Unsafe Operation Violation Number 6516236 Violation Location CS60 | Class B | 30.0 | 0.0 | 400.0 | 430.0 |
| 3:18-po-02278-BGS USA vs Armenta Benjamin A Armenta | CVC 16028(a) | ia | CVC 16028(a) Fail to display evidence of financial responsibility when requested by peace off Violation Number 7471915 Violation Location CS81 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02278-BGS USA vs Armenta Benjamin A Armenta | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 7471914 Violation Location CS81 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02279-BGS USA vs Avendano Daniel Avendano | CVC 27360(a), (b) | ia | CVC 27360(a), (b) Mandatory use of child passenger restraints Violation Number 7471268 Violation Location CS81 | Class B | 30.0 | 0.0 | 300.0 | 330.0 |
| 3:18-po-02280-BGS USA vs Bajko Michael J Bajko | 43 CFR 8365.1-4(a) | ia | 43 CFR 8365.1-4(a) Failure to comply with officer, creating a hazard, or nuisance Violation Number 6497581 Violation Location CS41 | Class A | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02281-BGS USA vs Ball Brueanne C Ball | CVC 14601.1(a) | ia | CVC 14601.1(a) Driving while drivers license suspended or revoked for offenses Violation Number 7471520 Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02282-BGS USA vs Barraza Patrica Barraza | 36 CFR 261.53 | ia | 36 CFR 261.53 Special Closures Violation Number F4857184 Violation Location CS31 | Class B | 30.0 | 0.0 | 50.0 | 80.0 |

EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-02283-BGS USA vs Beeckman Christopher A Beeckman | 36 CFR 261.5 | ia | 36 CFR 261.5 Fire Violation Number F4857892 Violation Location CS31 | Class B | 30.0 | 0.0 | 350.0 | 380.0 |
| 3:18-po-02284-BGS USA vs Beltrannoriega Gerardo Beltrannoriega | CVC 16028(a) | ia | CVC 16028(a) Fail to display evidence of financial responsibility when requested by peace off Violation Number 7471907 Violation Location CS81 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02285-BGS USA vs Camachogudino Christian U Camachogudino | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 7471921 Violation Location CS81 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02286-BGS USA vs Camachogudino Christian U Camachogudino | CVC 16028(a) | ia | CVC 16028(a) Fail to display evidence of financial responsibility when requested by peace off Violation Number 7471922 Violation Location CS81 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02287-BGS USA vs Camberos Kevin J Camberos | 36 CFR 1.5 | ia | 36 CFR 1.5 Closure of Public Use Limits Violation Number 7520653 Violation Location CS60 | Class B | 30.0 | 0.0 | 75.0 | 105.0 |
| 3:18-po-02288-BGS USA vs Canora Susan J Canora | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 7471923 Violation Location CS81 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02289-BGS USA vs Chavezruiz Jesus Chavezruiz | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 6939328 Violation Location CS81 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02289-BGS USA vs Chavezruiz Jesus Chavezruiz | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 6939327 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02290-BGS USA vs Clark Artesha Q Clark | CVC 14601.1(a) | ia | CVC 14601.1(a) Driving while drivers license suspended or revoked for offenses Violation Number 7471899 Violation Location CS81 | Class B | 30.0 | 0.0 | 500.0 | 530.0 |
| 3:18-po-02291-BGS USA vs Cordovaquezada Jose L Cordovaquezada | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 7471271 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02291-BGS USA vs Cordovaquezada Jose L Cordovaquezada | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 7471270 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |

# EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-02292-BGS<br>USA vs Cortez<br>Richard Cortez | 36 CFR 2.31 | ia | 36 CFR 2.31<br>Trespassing, Tampering and Vandalism<br>Violation Number 7520739<br>Violation Location CS60 | Class B | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02293-BGS<br>USA vs Diaz<br>Edwardo Diaz | 21 USC 844 | ia | 21 USC 844<br>Controlled Substance/Marijuana/Narcotics -<br>Possession (CVB Citation)<br>Violation Number F5463708<br>Violation Location CS31 | Class A | 30.0 | 0.0 | 220.0 | 250.0 |
| 3:18-po-02294-BGS<br>USA vs Diazbarraza<br>Axel A Diazbarraza | CVC 12500(a) | ia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7471917<br>Violation Location CS81 | | 30.0 | 0.0 | 250.0 | 280.0 |
| 3:18-po-02295-BGS<br>USA vs Dreyer<br>Harry R Dreyer | CVC 12500(a) | ia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7471260<br>Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02296-BGS<br>USA vs Duarte Jr<br>Cesar Duarte Jr | 21 USC 844 | ia | 21 USC 844<br>Controlled Substance/Marijuana/Narcotics -<br>Possession (CVB Citation)<br>Violation Number F5463705<br>Violation Location CS31 | Class A | 30.0 | 0.0 | 220.0 | 250.0 |
| 3:18-po-02297-BGS<br>USA vs Ferreira<br>Jose C Ferreira | CVC 14601.1(a) | ia | CVC 14601.1(a)<br>Driving while drivers license suspended or<br>revoked for offenses<br>Violation Number 7471269<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02299-BGS<br>USA vs Floresrobles<br>Jose A Floresrobles | CVC 38020 | ia | CVC 38020<br>Off-highway vehicles identification required<br>Violation Number FBDK00ET<br>Violation Location CS31 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02300-BGS<br>USA vs Games<br>Sergio G Games | CVC 14601.1(a) | ia | CVC 14601.1(a)<br>Driving while drivers license suspended or<br>revoked for offenses<br>Violation Number 6939498<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02301-BGS<br>USA vs Gamez<br>Edgar J Gamez | CVC 14601.1(a) | ia | CVC 14601.1(a)<br>Driving while drivers license suspended or<br>revoked for offenses<br>Violation Number 7471522<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02302-BGS<br>USA vs Garcia<br>Juan L Garcia | CVC 14601.1(a) | ia | CVC 14601.1(a)<br>Driving while drivers license suspended or<br>revoked for offenses<br>Violation Number 6939330<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02303-BGS<br>USA vs Gomez<br>Issac Gomez | CVC 12500(a) | ia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7471275<br>Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |

EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-02304-BGS<br>USA vs Gonzalez<br>Justin P Gonzalez | 36 CFR 2.31 | ia | 36 CFR 2.31<br>Trespassing, Tampering and Vandalism<br>Violation Number 6516128<br>Violation Location CS60 | Class B | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02305-BGS<br>USA vs Gonzalez<br>Linda E Gonzalez | CVC 16028(a) | ia | CVC 16028(a)<br>Fail to display evidence of financial responsibility when requested by peace off<br>Violation Number 6939500<br>Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02305-BGS<br>USA vs Gonzalez<br>Linda E Gonzalez | CVC 12500(a) | ia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 6939499<br>Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02306-BGS<br>USA vs Gonzalez<br>Sergio D Gonzalez | CVC 12500(a) | ia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7471521<br>Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02307-BGS<br>USA vs Guttmann<br>Jared L Guttmann | 36 CFR 261.17 | ia | 36 CFR 261.17<br>Recreation Fees<br>Violation Number F4856654<br>Violation Location CS31 | | 30.0 | 0.0 | 30.0 | 60.0 |
| 3:18-po-02308-BGS<br>USA vs Hernandez<br>Sarah Hernandez | CVC 4000(a) | ia | CVC 4000(a)<br>Registration required.<br>Violation Number 7471274<br>Violation Location CS81 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02308-BGS<br>USA vs Hernandez<br>Sarah Hernandez | CVC 12500(a) | ia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7471273<br>Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02309-BGS<br>USA vs Lai<br>Maggie Lai | 36 CFR 2.31 | ia | 36 CFR 2.31<br>Trespassing, Tampering and Vandalism<br>Violation Number 7520741<br>Violation Location CS60 | Class B | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02310-BGS<br>USA vs Lopez<br>Jovanni Lopez | CVC 26302(a)-(d) | ia | CVC 26302(a)- (d)<br>Brakes- trailer requirements specified<br>Violation Number 6497590<br>Violation Location CS41 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02311-BGS<br>USA vs Macias<br>Samuel R Macias | CVC 4000(a) | ia | CVC 4000(a)<br>Registration required.<br>Violation Number 7471491<br>Violation Location CS81 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02312-BGS<br>USA vs Martinezvazquez<br>Juan A Martinezvazquez | CVC 4000(a) | ia | CVC 4000(a)<br>Registration required.<br>Violation Number 6939494<br>Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02313-BGS<br>USA vs Mccoy Ii<br>Kenneth R Mccoy Ii | CVC 4000(a) | ia | CVC 4000(a)<br>Registration required.<br>Violation Number 6939333<br>Violation Location CS81 | | 30.0 | 0.0 | 100.0 | 130.0 |

EXHIBIT B

| 3:18-po-02313-BGS USA vs Mccoy Ii Kenneth R Mccoy Ii | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 6939332 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02315-BGS USA vs Meza Jair Meza | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 7471908 Violation Location CS81 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02328-BGS *SEALED* USA vs Minor Child Minor Child | 36 CFR 261.53 | ia | 36 CFR 261.53 Special Closures Violation Number F5205300 Violation Location CS31 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02316-BGS USA vs Mirandaduarte Oskarcesar Mirandaduarte | CVC 12500(b), (d) | ia | CVC 12500(b), (d) Drivers license - out of classification Violation Number 7472492 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02317-BGS USA vs Morris Nathaniel I Morris | 36 CFR 2.31 | ia | 36 CFR 2.31 Trespassing, Tampering and Vandalism Violation Number 6516243 Violation Location CS60 | Class B | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02318-BGS USA vs Munozmoreno Joel Munozmoreno | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 7471924 Violation Location CS81 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02320-BGS USA vs Murillo Jorge A Murillo | CVC 16028(a) | ia | CVC 16028(a) Fail to display evidence of financial responsibility when requested by peace off Violation Number 6939495 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02321-BGS USA vs Nunez Esteban Nunez | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 7471523 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02319-BGS USA vs Ortiz Ranulfo C Ortiz | 41 CFR 102-74.430 | ia | 41 CFR 102-74.430 Conduct on Federal Property - Vehicular and Pedestrian Traffic Violation Number 6938201 Violation Location CS81 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02322-BGS USA vs Padillapuerto Estefania Padillapuerto | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 7471264 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02323-BGS USA vs Peinado Esequiel Peinado | CVC 14601.1(a) | ia | CVC 14601.1(a) Driving while drivers license suspended or revoked for offenses Violation Number 7471896 Violation Location CS81 | Class B | 30.0 | 0.0 | 500.0 | 530.0 |

EXHIBIT B

| 3:18-po-02324-BGS USA vs Perez Gustavo A Perez | CVC 26302(a)-(d) | ia | CVC 26302(a)- (d) Brakes- trailer requirements specified Violation Number 6497591 Violation Location CS41 | | 30.0 | 0.0 | 100.0 | 130.0 |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-02325-BGS USA vs Perez Jaime E Perez | CVC 14601.1(a) | ia | CVC 14601.1(a) Driving while drivers license suspended or revoked for offenses Violation Number 6938300 Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02326-BGS USA vs Pinnick Samantha A Pinnick | CVC 16028(a) | ia | CVC 16028(a) Fail to display evidence of financial responsibility when requested by peace off Violation Number 7471898 Violation Location CS81 | | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02327-BGS USA vs Ponce Jr Sergio Ponce Jr | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 7471272 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02329-BGS USA vs Ramirezflores Jorge Ramirezflores | CVC 12500(b), (d) | ia | CVC 12500(b), (d) Drivers license - out of classification Violation Number 6939336 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02330-BGS USA vs Rangeljimenez Karina Rangeljimenez | CVC 12500(a) | ia | CVC 12500(a) Unlawful to drive unless licensed Violation Number 6939497 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02330-BGS USA vs Rangeljimenez Karina Rangeljimenez | CVC 4000(a) | ia | CVC 4000(a) Registration required. Violation Number 6939496 Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02331-BGS USA vs Rios Oscar J Rios | CVC 14601.1(a) | ia | CVC 14601.1(a) Driving while drivers license suspended or revoked for offenses Violation Number 7471916 Violation Location CS81 | Class B | 30.0 | 0.0 | 200.0 | 230.0 |
| 3:18-po-02332-BGS USA vs Rodriguez Anthony Rodriguez | 36 CFR 261.53 | ia | 36 CFR 261.53 Special Closures Violation Number F4857185 Violation Location CS31 | Class B | 30.0 | 0.0 | 50.0 | 80.0 |
| 3:18-po-02333-BGS USA vs Rodriguez Manuel Rodriguez | CVC 14601.1(a) | ia | CVC 14601.1(a) Driving while drivers license suspended or revoked for offenses Violation Number 7471259 Violation Location CS81 | Class B | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02334-BGS USA vs Rodriguez Yvette Rodriguez | 36 CFR 2.31 | ia | 36 CFR 2.31 Trespassing, Tampering and Vandalism Violation Number 6516099 Violation Location CS60 | Class B | 30.0 | 0.0 | 150.0 | 180.0 |

EXHIBIT B

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-02335-BGS<br>USA vs Romero<br>Alejandra Y Romero | 21 USC 844 | ia | 21 USC 844<br>Controlled Substance/Marijuana/Narcotics -<br>Possession (CVB Citation)<br>Violation Number F5463707<br>Violation Location CS31 | Class A | 30.0 | 0.0 | 220.0 | 250.0 |
| 3:18-po-02336-BGS<br>USA vs Rosas<br>Lauro J Rosas | CVC 14601.2(a) | ia | CVC 14601.2(a)<br>Driving while drivers license suspended or<br>revoked for driving under influence<br>Violation Number 7471266<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02336-BGS<br>USA vs Rosas<br>Lauro J Rosas | CVC 4000(a) | ia | CVC 4000(a)<br>Registration required.<br>Violation Number 7471267<br>Violation Location CS81 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02337-BGS<br>USA vs Sauceda<br>Leslie Sauceda | CVC 14601.1(a) | ia | CVC 14601.1(a)<br>Driving while drivers license suspended or<br>revoked for offenses<br>Violation Number 6939326<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02338-BGS<br>USA vs Seggal<br>Ryan M Seggal | CVC 14601.1(a) | ia | CVC 14601.1(a)<br>Driving while drivers license suspended or<br>revoked for offenses<br>Violation Number F4857554<br>Violation Location CS31 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02339-BGS<br>USA vs Serrano<br>Angelina Serrano | CVC 12500(a) | ia | CVC 12500(a)<br>Unlawful to drive unless licensed<br>Violation Number 7471262<br>Violation Location CS81 | | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02340-BGS<br>USA vs Soto<br>Ruben Soto | 36 CFR 2.31 | ia | 36 CFR 2.31<br>Trespassing, Tampering and Vandalism<br>Violation Number 6516240<br>Violation Location CS60 | Class B | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02341-BGS<br>USA vs Tabali<br>Brian L Tabali | CVC 14601.1(a) | ia | CVC 14601.1(a)<br>Driving while drivers license suspended or<br>revoked for offenses<br>Violation Number 6939331<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |
| 3:18-po-02342-BGS<br>USA vs Valerio<br>Amy Valerio | CVC 27360(a),<br>(b) | ia | CVC 27360(a), (b)<br>Mandatory use of child passenger restraints<br>Violation Number 6939256<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02342-BGS<br>USA vs Valerio<br>Amy Valerio | CVC 14601(a) | ia | CVC 14601(a)<br>Driving while drivers license suspended or<br>revoked for reckless or negligent<br>Violation Number 6939255<br>Violation Location CS81 | Class B | 30.0 | 0.0 | 0.0 | 30.0 |

EXHIBIT B

| 3:18-po-02343-BGS<br>USA vs Varela<br>Analia U Varela | CVC 38505 | ia | CVC 38505<br>Operation of all-terrain vehicle without safety helmet prohibited<br>Violation Number F5458343<br>Violation Location CS31 | | 30.0 | 0.0 | 25.0 | 55.0 |
|---|---|---|---|---|---|---|---|---|
| 3:18-po-02344-BGS<br>USA vs Vargas<br>Manuel Vargas | 36 CFR 2.31 | ia | 36 CFR 2.31<br>Trespassing, Tampering and Vandalism<br>Violation Number 6516098<br>Violation Location CS60 | Class B | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02345-BGS<br>USA vs Vega<br>Anthony Vega | 36 CFR 2.31 | ia | 36 CFR 2.31<br>Trespassing, Tampering and Vandalism<br>Violation Number 6516242<br>Violation Location CS60 | Class B | 30.0 | 0.0 | 150.0 | 180.0 |
| 3:18-po-02346-BGS<br>USA vs Villafana Jr<br>Felipe Villafana Jr | CVC 4000(a) | ia | CVC 4000(a)<br>Registration required.<br>Violation Number 7471910<br>Violation Location CS81 | | 30.0 | 0.0 | 100.0 | 130.0 |
| 3:18-po-02347-BGS<br>USA vs Zehner<br>Audrey Zehner | 36 CFR 4.12 | ia | 36 CFR 4.12<br>Traffic Control Devices<br>Violation Number 6516176<br>Violation Location CS60 | Class B | 30.0 | 0.0 | 100.0 | 130.0 |

EXHIBIT B

## CERTIFICATE OF SERVICE

I, Kara Hartzler, certify that this document and its attachments have been electronically served on government counsel through the electronic case filing system on October 15, 2018

s/ *Kara Hartzler*
Kara Hartzler
Federal Defenders of San Diego, Inc.