ADAM L. BRAVERMAN
United States Attorney
COLIN M. MCDONALD
California Bar No. 286561
Assistant United States Attorney
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9144
colin.mcdonald@usdoj.gov

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: 18mj-20098-KSC-AJB |
| vs. | |
| | **UNITED STATES' SUPPLEMENTAL BRIEF** |
| Oscar Jesus Chavez-Diaz, | |
| Defendant. | |

Defendant claims the District Court for the Southern District of California violated his constitutional rights by failing to place his case on the Court's Central Violations Bureau (CVB) calendar.[1] He is wrong.

The CVB is "a national center charged with processing violation notices (tickets) issued and payments received for petty offenses charged on a federal violation notice." Doc. No. 21-1 at 2. A CVB proceeding is initiated when a violator is issued a federal violation notice (or a "ticket") by a federal law

---

[1] Defendant routinely refers to the CVB court as this district's "misdemeanor" court. There is no such thing. The CVB court is CVB court.

1  enforcement officer. Doc. No. 23 ¶ 2. Thereafter, the violation notice is mailed
2  by law enforcement to the CVB for processing. Doc. No. 21-1 at 3; Doc. No. 23
3  ¶ 2. Approximately 4 to 8 weeks later, CVB then mails violators a notice to
4  appear in court. Doc. No. 23 ¶ 2. That appearance date is generally another 4
5  weeks away. *Id.*

6  These procedures make clear the principal flaw in Defendant's argument:
7  his case is not a CVB matter. He was not charged on a federal violation notice
8  and his case was not routed to the CVB for processing. There is no possibility
9  his case could have been set on the Court's CVB calendar.

10  Defendant observes that other misdemeanors are processed through the
11  CVB court. That is irrelevant. Those are CVB cases; Defendant's is not.

12  This Court should affirm Defendant's conviction.

Respectfully submitted,

Dated:   October 15, 2018          ADAM L. BRAVERMAN
                                    United States Attorney

                                    *s/Colin M. McDonald*
                                    COLIN M. MCDONALD
                                    Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    v.<br><br>Oscar Jesus Chavez-Diaz,<br><br>                    Defendant. | Case 18mj-20098-KSC-AJB<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, declare under penalty of perjury that I have served the foregoing document on the above-captioned party(ies) by:

☒ electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).

☐ causing the foregoing to be mailed by first class mail to the parties identified with the District Court Clerk on the ECF System.

☐ causing the foregoing to be mailed by first class mail to the following non-ECF participant at the last known address, at which place there is delivery service of mail from the United States Postal Service:

Executed on October 15, 2018

                                                    ADAM L. BRAVERMAN
                                                  United States Attorney

                                                  *s/Colin M. McDonald*
                                                  COLIN M. MCDONALD
                                                  Assistant U.S. Attorney